CAPITOL PIECE DYE WORKS, INC., Appellant, *v.* KLEIN COAT CORP.,
Respondent.

Argued January 8, 1953; decided March 5, 1953.

*Maurice Leffert* for appellant.

*Leo Fixler* and *Reuben Feinberg* for respondent.

Judgment of Appellate Division and order of Special Term reversed and motion denied, with costs in all courts. On this record there was presented a triable question of fact as to whether there was partial delivery and acceptance of the fabrics allegedly sold. No opinion.

Concur: Loughran, Ch. J., Lewis, Conway, Desmond, Dye, Fuld and Froessel, JJ.